PENALTY SLIP

DEFENDANT NAME: **JESUS MENDOZA**

TOTAL NO. COUNTS: 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2020

SEAN F. McAVOY, CLERK

**VIO:** **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine**

**PENALTY:** **CAG not less than 10 years and no more life imprisonment;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment;
denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a
Deportation**

CASE NO.        4:20-mj-07072-MKD-1

AUSA INITIAL        SAV